IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES ALLEN WALLETTE, <br><br> Defendant. | MJ 20-06-BLG-TJC-2 <br><br> **ORDER VACATING PRELIMINARY HEARING** |

Defendant has filed a motion to vacate the preliminary hearing. (Doc. 12.) The Court notes that at Defendant's initial appearance (*see* Doc. 3) a detention hearing was requested in addition to the preliminary hearing and requests that the detention hearing remain as scheduled. (Doc. 12 at 1.)

Accordingly, IT IS HEREBY ORDERED that the preliminary hearing currently set for January 17, 2020 at 2:30 p.m. is VACATED. The detention hearing remains scheduled for January 17, 2020 at 2:30 p.m.

DATED this 16th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge